# Union Foundry & Machine Co.
# v. Langford.

*Assumpsit.*

(Decided Dec. 21, 1905, 39 So. Rep. 765.)

APPEAL from Birmingham City Court.
Heard before Hon. CHAS. A. SENN.

M. M. ULLMAN, for appellant.

P. H. MOORE, for appellee.

Reversed and rendered.

Opinion by HARALSON, J.

TYSON, DOWDELL, ANDERSON and DENSON, JJ., concur.

# Sweet v. Birmingham Ry. & Electric
# Company.

*Injury to Passenger.*

(Decided Dec. 21, 1905, 39 So. Rep. 767.)

APPEAL from Jefferson Circuit Court.
Heard before Hon. A. A. COLEMAN.

J. A. ESTES and JAMES TROTTER, for appellant.

WALKER, PORTER & WALKER, for appellee.

Affirmed.

Opinion by HARALSON, J.

TYSON, SIMPSON and ANDERSON, JJ., concur.